IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Thomas Jr., Fredric Charles

Printed: 11/27/07

Case Number: 05 B 26803
Judge: Hollis, Pamela S
Filed: 7/6/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed: November 1, 2007
Confirmed: November 28, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 28,590.16 |  |
| Secured: |  | 14,839.07 |
| Unsecured: |  | 6,250.77 |
| Priority: |  | 2,147.65 |
| Administrative: |  | 2,894.00 |
| Trustee Fee: |  | 1,464.56 |
| Other Funds: |  | 994.11 |
| Totals: | 28,590.16 | 28,590.16 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,894.00 | 2,894.00 |
| 2. | Navy Federal Credit Union | Secured | 0.00 | 0.00 |
| 3. | Navy Federal Credit Union | Secured | 2,478.98 | 1,830.20 |
| 4. | Cook County Treasurer | Secured | 4,165.00 | 4,165.00 |
| 5. | CitiFinancial | Secured | 539.05 | 539.05 |
| 6. | Whitehall Jewelers | Secured | 898.61 | 898.61 |
| 7. | Navy Federal Credit Union | Secured | 6,721.39 | 6,721.39 |
| 8. | ECast Settlement Corp | Secured | 684.82 | 684.82 |
| 9. | Internal Revenue Service | Priority | 2,147.65 | 2,147.65 |
| 10. | Internal Revenue Service | Unsecured | 248.69 | 248.69 |
| 11. | ECast Settlement Corp | Unsecured | 313.69 | 313.69 |
| 12. | Navy Federal Credit Union | Unsecured | 2,464.88 | 2,464.88 |
| 13. | Navy Federal Credit Union | Unsecured | 853.31 | 853.31 |
| 14. | Navy Federal Credit Union | Unsecured | 1,837.46 | 1,837.46 |
| 15. | Resurgent Capital Services | Unsecured | 304.12 | 304.12 |
| 16. | American Express Travel Relate | Unsecured | 9.00 | 9.00 |
| 17. | Navy Federal Credit Union | Unsecured | 219.62 | 219.62 |
| 18. | Cook County Collector | Priority |  | No Claim Filed |
| 19. | CitiFinancial | Unsecured |  | No Claim Filed |
| 20. | Consolidated Financial | Unsecured |  | No Claim Filed |
| 21. | Home Depot | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 26,780.27 | $ 26,131.49 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   Thomas Jr., Fredric Charles | Case Number:  05 B 26803 |
| | Judge:  Hollis, Pamela S |
| Printed:  11/27/07 | Filed:  7/6/05 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 408.37 |
| 5% | 98.02 |
| 4.8% | 201.77 |
| 5.4% | 756.40 |
| | _____ |
| | $ 1,464.56 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_